NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL B. GRAVES,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2011-3095

---

Petition for review of the Merit Systems Protection Board in case no. SF3330100617-I-1.

---

## ON MOTION

---

## ORDER

Michael Ben Graves moves to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

JUN 2 4 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Michael Ben Graves
     Daniel B. Volk, Esq.

s21

Issued As A Mandate:  **JUN 2 4 2011**

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 2 4 2011

**JAN HORBALY**
**CLERK**